UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS ANTONIO MARTINS,

    Plaintiff,

v.                                         Case No: 8:24-cv-902-CEH-AAS

ALEJANDRO MAYORKAS, UR
MENDOZA JADDOU, ALISSA
EMMEL, U.S. DEPARTMENT OF
HOMELAND SECURITY and U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES,

    Defendants.

_____

## ORDER

This immigration mandamus matter comes before the Court upon Plaintiff's Motion to Withdraw Complaint for Mootness. Doc. 13. In his Motion, Plaintiff indicates that the United States Citizenship and Immigration Services ("USCIS") adjudicated his Application to Remove Conditional Resident Status on June 13, 2024, after the filing of this case. *Id.* at 1–2. Therefore, he notifies the Court that the matter has been settled and asks that the matter be closed, without prejudice. *Id.* Review of the docket reveals that Defendants have not filed an answer or a motion for summary judgment. Accordingly, it is

    **ORDERED:**

    1. Plaintiff's Motion to Withdraw Complaint for Mootness (Doc. 13) is **GRANTED**.

2. This case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.

3. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties